IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JEREMY NATHANIEL WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CV 122-062 |
| | ) |
| OFFICER REEVES; SGT. HEATH; | ) |
| SGT. MOTON; and MS. BLOUNT, | ) |
| Mental Health Counselor, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendants Heath, Moton, and Blount, as well as all claims based on the alleged failure to protect Plaintiff from his cellmate's sexual harassment and any alleged violation of a prison regulation. The case shall proceed against Defendant Reeves as described in the Magistrate Judge's July 5, 2022 Order. (See doc. no. 11.)

SO ORDERED this ____ day of August, 2022, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA