IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JEREMY NATHANIEL WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) CV 122-062 |
| OFFICER REEVES, | ) |
| Defendant. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendant's motion to dismiss, (doc. no. 15), and **DISMISSES** this case without prejudice. The Court **DIRECTS** the Clerk to enter an appropriate judgment of dismissal and **CLOSE** this case.

SO ORDERED this ____ day of December, 2022, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA